```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK (CBN 149883)
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MICHELE C. MARCHAND (CBN 93390)
    Assistant United States Attorney
 6  Asset Forfeiture Section
         U.S. Courthouse, 14th Floor
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone: (213)894-2727
         Facsimile: (213)894-7177
 9       E-Mail: Michele.Marchand@usdoj.gov

10  Attorneys for Plaintiff
    United States of America
11
```

FILED
CLERK, U.S. DISTRICT COURT
SEP 25 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CV 08-05311-SVW(RZx) |
|---|---|
| Plaintiff, | ) [~~Proposed~~] |
| v. | ) **JUDGMENT OF FORFEITURE** |
| $43,020.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) Date: August 24, 2009 |
|  | ) Time: 1:30 p.m. |
| OSCAR MANUEL LOPEZ, | ) Before the Honorable Stephen V. Wilson, United States District Judge |
| Claimant. | ) |

Plaintiff's Motion for Summary Judgment having come on for hearing on August 24, 2009, before the Honorable Stephen V. Wilson, United States District Judge, the Court having considered the pleadings and the evidence presented, and in accordance with the Court's findings of fact and conclusions of law as stated on the record,

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that summary
2  judgment is entered for plaintiff United States of America.
3       DATED: This __23__ day of _____, 2006.

STEPHEN V. WILSON
United States District Judge

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

MICHELE C. MARCHAND
Assistant United States Attorney

Attorneys for Plaintiff
United States of America